W. P. DAVIS MACHINE COMPANY, Plaintiff, *v.* HARRY ROBINSON et al., Appellants; ARTHUR WARREN, Respondent.

(Not reported below.)
(Argued May 20, 1907; decided June 4, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 26, 1905, which affirmed an order of Special Term

directing the respondent herein to deliver certain papers to the defendants in the above-entitled action upon payment by them of the amount of his lien as their former attorney.

*George D. Forsyth* for appellants.

*Philetus Chamberlain* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: HISCOCK, J.